415 F.2d 1377
 Rafael QUINTANILLA, Plaintiff-Appellee,
v.
Lewis B. HERSHEY, Director, Selective Service, et al.,
Defendants-Appellants.
Patrick Allen CLARK, Plaintiff-Appellee,
v.
Lewis B. HERSHEY, Director, Selective Service, et al.,
Defendants-Appellants.
Robert Adam GRAY, III, Plaintiff-Appellee,
v.
Lewis B. HERSHEY, Director, Selective Service, et al.,
Defendants-Appellants.
Betrand C. MOSER, Plaintiff-Appellee,
v.
Lewis B. HERSHEY, Director, Selective Service, et al.,
Defendants-Appellants.
 Nos. 27706-27709.
 United States Court of Appeals Fifth Circuit.
 Oct. 1, 1969.
 
 Seagal V. Wheatley, U.S. Atty., Reese L. Harrison, Jr., Asst. U.S. Atty., San Antonio, Tex., for appellants.
 Sam R. Perry, Austin, Tex., for Quintanilla.
 Mark Levbarg, Austin, Tex., for Clark.
 Brown, Erwin, Maroney & Barber, E. Richard Criss, Jr., Austin, Tex., for Gray.
 M. A. Lehmann, Houston, Tex., for Moser.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM.
 
 
 1
 On motion filed by the United States in each of the captioned causes based on this Court's decision in Albert Armendariz, Jr., plaintiff-appellee versus Lewis B. Hershey, Director, Selective Service, et al, defendants-appellants, decided on June 13, 1969.
 
 
 2
 It is ordered that the appeals in the above matters be, and the same are hereby, dismissed for mootness. See Armendariz v. Hershey, 5 Cir., 1969, 413 F.2d 1006 (No. 27554, June 13, 1969) (per curiam opinion), (July 17, 1969) (per curiam on petition for rehearing).